UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK          Case No.: 13-44180  
_____  
In Re:          Chapter: 11  

QUADROZZI CONCRETE CORP., *et ano.*,          **ORDER**  

              Debtors.  
_____  

     Upon the application of CAPITAL ONE N.A. for an Order pursuant to Section 362(d) of the Bankruptcy Code, lifting and vacating the stay of mortgage foreclosure as it pertains to the debtor's real property located at 435 Beach 72nd St, Arverne, New York 11692, and the motion having been heard before the Court, the affidavit of service duly filed, and no one having submitted papers or appeared in opposition thereto, and sufficient cause appearing therefore, it is

     ORDERED, that the ***automatic*** stay ~~of mortgage foreclosure~~ is hereby ~~lifted and vacated permitting~~ ***modified so that*** CAPITAL ONE N.A. ~~to proceed with foreclosure~~ ***may pursue its rights under applicable law*** with respect to the debtor's property located at 435 Beach 72nd St, Arverne, New York 11692, New York; and it is further

     ORDERED, that the provisions of this Order shall not affect the rights of the Trustee in Bankruptcy to any surplus monies which may arise as a result of a foreclosure sale of the subject property; and it is further

     ~~ORDERED that the co-debtor stay under 11 U.S.C. §1301 be lifted and it is further~~

     ORDERED, that the United States Trustee shall be informed as to any surplus monies resulting from the sale of the aforementioned property.



**Dated: Brooklyn, New York**                          _____  
       **May 21, 2014**                                        **Elizabeth S. Stong**  
                                                              **United States Bankruptcy Judge**