

**RUSKINMOSCOUFALTISCHEK** P.C.

*Counselors at Law*

Writer's Direct Dial: (516) 663-6517
Writer's Direct Fax: (516) 663-6717
Writer's E-Mail: mamato@rmfpc.com

February 9, 2016

**VIA CM/ECF**
Honorable Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271 Cadman Plaza East – Courtroom 3585
Brooklyn, NY 11201-1800

> Re:    *In re: Quadrozzi Concrete Corp.*
>         Case No. 13-44180 (ess)
>         (Jointly Administered)

Dear Judge Stong:

As you are aware, this firm represents the Debtors in the above-referenced jointly administered Chapter 11 cases.

This will confirm that the Debtors' time to respond to the United States Trustee's ("UST") motion to dismiss or convert is extended through and including February 12, 2016, with consent of the UST.

If you have any questions or require anything further, please do not hesitate to contact the undersigned.

Respectfully,

MICHAEL S. AMATO
For the Firm

MSA:dmo
cc:    Matthew V. Spero, Esq. (via ECF)
       Jill Makower, Esq. (via ECF)
       William Curtin, Esq. (via ECF)
       Howard Kleinberg, Esq. (via ECF)
       Howard Magaliff, Esq. (via ECF)
       Elizabeth Aboulafia, Esq. (via ECF)
       C. Nathan Dee, Esq. (via ECF)
       Roger S. Markowitz, Esq. (via ECF)

*It is SO ORDERED.*



Dated: Brooklyn, New York
       February 10, 2016

Elizabeth S. Stong
United States Bankruptcy Judge