UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:                                                                                    Chapter 11

QUADROZZI CONCRETE CORP., *et ano.*,                  Case No. 13-44180
                                                                                          (Jointly Administered)
                                Debtors.

-------------------------------------------------------------------X

## *ORDER VACATING DISMISSAL,* GRANTING FINAL FEE APPLICATION OF COUNSEL TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES ACTUALLY INCURRED

Upon consideration of the final fee application (the "Application") seeking allowance of compensation and reimbursement of expenses for professional services rendered and necessary expenses incurred in connection with the administration of the Chapter 11 cases of Quadrozzi Concrete Corp. ("QCC") and Quadrozzi Inc. d/b/a NYCEMCO ("NYCEMCO"), debtors and debtors-in-possession herein, (collectively, the "Debtors"), by Ruskin Moscou Faltischek, P.C., counsel to the Debtors ("RMF"); and the hearing (the "Hearing") to consider the Application having been held before this Court on July 22, 2016; and this Court being satisfied that due notice of the relief requested in the Application and of the Hearing having been provided to all parties entitled to receive notice pursuant to Rule 2002(a)(6) and (c)(2) of the Federal Rules of Bankruptcy Procedure; and good and sufficient cause appearing therefor; and upon the record made at the Hearing; and upon all of the objections to the relief sought in the Application having been overruled or withdrawn; and upon the Court being satisfied that the fees and expenses sought by RMF were actually necessary for the administration of these estates, it is hereby

*ORDERED, that the order entered on August 9, 2016, dismissing this case, is vacated; and it is further*

**ORDERED,** that pursuant to 11 U.S.C. § 331, the Application is allowed on a final basis (the "Allowance") in the amount set forth on the annexed Schedule "A;" and it is hereby

**ORDERED,** that RMF is authorized to pay the Allowance from the funds in escrow.; *and it is further*

*ORDERED, that the Debtors' Chapter 11 case is dismissed, effective August 17, 2016.*

**NO OBJECTION:**

/s/ William E. Curtin
Office of the United States Trustee

Dated: Brooklyn, New York
August 17, 2016

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**

## SCHEDULE A

Case No.: 13-44180
Case Name: QUADROZZI CONCRETE CORP., *et ano.*

| Applicant/Fee Period | Date/Docket No. of Application | Fees Requested | Expenses Requested | Fees and Expenses Awarded | Amount Paid to Date | Total Fees | Total Expenses for Present Service Period | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|---|
| Ruskin Moscou Faltischek, P.C. - Debtors' Counsel 7/30/13 – 6/10/16 | 6/24/16 #179 | $309,654.00 | $6,972.00 | $316,626.00 | $79,711.15 | $234,672.14 | $2,339.15 | $237,011.29[*] |

SCHEDULE A                    DATE: **8/17/16**                        INITIALS: *ESS* USBJ

\*  Total Amount to be Paid incorporates the additional expenses in the amount of $96.44.  This amount of $96.44 was already incorporated into the Total Expenses for Present Service Period.